UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MAGISTRATE NO.: 19-9126
19-9127

UNITED STATES OF AMERICA                  :

V.                                        :    CRIMINAL ACTION

Azyan Howard                              :    ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(✓) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____        8/1/19
DEFENDANT                              DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

8/1/19
DATE